# JESSICA MASSIMI, ESQ.
## ATTORNEY AT LAW
99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

November 22, 2022

**BY ECF**
Honorable Roanne L. Mann
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:     **Paula Henry v. The City of New York, et al.,**
**21 CV 5980 (FB)(RLM)**

Your Honor:

I represent the Plaintiff. I write on behalf of all parties to advise the Court that the parties have reached a settlement in principle for $125,000.00, inclusive of costs and fees, for damages which do not arise from the same facts as the plaintiff's Workers' Compensation claim, and are not covered by Workers' Compensation with a carve-out from a general release for Plaintiff's Workers' Compensation claim such that her Workers' Compensation claim will proceed. The Law Department Workers' Compensation Division has agreed to consent to discontinue Plaintiff's assault, battery, and negligence claims. Mr. Zaragoza, chief of the Law Department Workers' Compensation division, has agreed to provide this consent in writing.

The parties respectfully request that the Court issue an Order giving the parties 30 days to file the signed settlement releases or seek reinstatement of this action.

The parties thank the Court for its time and effort in reaching this settlement.

Respectfully submitted,

*Jessica Massimi*

Jessica Massimi