UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
PAULA HENRY,

                              Plaintiff,

                -against-

THE CITY OF NEW YORK, CORRECTION ASSISTANT COMMISSIONER AND E.E.O. OFFICER KAMMAE OWENS, CORRECTION E.E.O. ATTORNEY INVESTIGATOR GREG CHEUNG, CORRECTION OFFICER CLEON WILEY, CORRECTION OFFICER JOSHUA MOYE, CORRECTION OFFICER MIGUEL JIMENEZ, CORRECTION OFFICER OHLYNN WRIGHT, CORRECTION DEPUTY WARDEN LISA BARNABY, CORRECTION WARDEN JEAN RENE, CORRECTION ADMINISTRATIVE CAPTAIN RASHIDA SMITH, CORRECTION DEPUTY COMMISSIONER SARENA TOWNSEND, CORRECTION CAPTAIN TASHANA LINDSAY-SMITH, CORRECTION CAPTAIN YVETTE WYNN, CORRECTION CAPTAIN LATANYA PATILLO, CORRECTION OFFICER CONROY MORGAN, CORRECTION SUPERVISOR OF MECHANICS BRIAN FAHY, and JOHN AND JANE DOES 1–8,

                              Defendants.
------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Case No. 1:21-CV-05980-FB-RLM

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all assault, battery, and negligence claims asserted by Plaintiff Paula Henry in the above-captioned action be, and hereby are, withdrawn, discontinued, and dismissed, with prejudice, and without any costs, fees, or disbursements to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that faxed or electronic signatures shall be deemed original signatures.

Dated:      New York, New York
            December 21, 2022

| | |
|---|---|
| **JESSICA MASSIMI**<br>*Attorney for Plaintiff*<br>99 Wall Street, Suite 1264<br><br><br><br><br>New York, New York 10005<br>(646) 241-9800<br>jessica.massimi@gmail.com<br><br>By: _____<br>Jessica Massimi, Esq.<br><br>**JOHN W. BURNS**<br>*Attorney for Defendant, Cleon Wiley*<br>Of Counsel<br>Karasyk & Moschella, LLP<br>The Woolworth Building<br>233 Broadway, Suite 2340<br>New York, New York 10279<br>(212) 233-3800<br>www.kmattorneys.com<br><br>By: _____<br>John W. Burns, Esq. | **HON. SYLVIA O. HINDS-RADIX**<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants, the City of New York, Sarena Townsend, Tashana Lindsay-Smith, Yvette Wynn, LaTanya Patillo, Kammae Owens, Miguel Jimenez, Ohlynn Wright, Joshua Moye, Greg Cheung, Lisa Barnaby, Rashida Smith, Brian Fahy, Jean Rene, and Conroy Morgan*<br>100 Church Street, Room 2-104<br>New York, New York 10007<br>(212) 356-0839<br><br>By: _____<br>Zachary T. Ellis, Esq.<br>Assistant Corporation Counsel |